UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

**Adelbert Kindred,**           CASE NO: 19-40185-pjs
CHAPTER: 13
JUDGE: Phillip J. Shefferly

**Debtor.**
_____/

**ORDER MODIFYING PLAN**

Debtor having filed a Post Confirmation Plan Modification #2, all interested parties having received Notice, a Certificate of No Response having been filed and the Court being more fully advised;

IT IS HEREBY ORDERED:

1. Debtor is excused from Chapter 13 plan payments totaling $2,227.32.

2. Debtor's Chapter 13 Plan payment shall be modified to $402.50 weekly effective October 14, 2020.

**Signed on November 10, 2020**



/s/ Phillip J. Shefferly
**Phillip J. Shefferly**
**United States Bankruptcy Judge**